OPINION — AG — ** FIRE DEPARTMENTS — MINIMUM WAGES — REQUIREMENTS ** 40 O.S. 197.2 [40-197.2], REQUIRING A MINIMUM WAGE OF ONE DOLLAR ($1.00) PER HOUR, DOES APPLY TO COMPENSATED MEMBERS OF MUNICIPAL FIRE DEPARTMENT IN OKLAHOMA IN CIRCUMSTANCES WHICH COMPLY WITH THE PROVISIONS OF 40 O.S. 197.1 [40-197.1], 40 O.S. 197.15 [40-197.15] (STATE, MUNICIPALITY, CITIES, `CORPORATION' DEFINITION, POLITICAL SUBDIVISION, COLLECTIVE BARGAINING) CITE: 40 O.S. 197.2 [40-197.2], 40 O.S. 197.4 [40-197.4], 40 O.S. 197.5 [40-197.5] (PENN LERBLANCE) ** SEE: OPINION NO. 71-259 (1971) **